

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00255-CV

| | | |
|---|---|---|
| In the Interest of B.B. and T.B. | § | From County Court at Law No. 1 |
| | § | of Parker County (CIV-16-0289) |
| | § | February 15, 2018 |
| | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

It is further ordered that appellant S.B. shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM